LAW OFFICES OF
# STEPHEN TURANO

sturano@turanolaw.com

275 MADISON AVENUE
35TH FLOOR
NEW YORK, NY 10016

TEL (917) 594-5666
FAX (917) 594-5667

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/4/2022

60 PARK PLACE
SUITE 1101
NEWARK, NJ 07102

TEL (973) 648-6777
FAX (917) 594-5667

REPLY TO NEW JERSEY OFFICE

MEMO ENDORSED

October 3, 2022

By ECF
Honorable District Judge Colleen McMahon
United States District Court
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

*Defendant Lethem may participate in the conference via teleconference. Counsel will provide a telephone number where defendant can be reached at the time of the conference.*

10/4/22

Re:  United States v. David Lethem, Case No. 21 Cr. 454 (CM)

*/s/ Colleen McMahon*

Dear Judge McMahon:

    I represent David Lethem in the above-referenced matter, who resides in Fort Myers, Florida. As the Court is aware, that community experienced catastrophic damages from the recent hurricane and air travel from that area is still difficult. Accordingly, I request that his appearance be excused or, in the alternative, he be permitted to proceed by videoconferencing.

Respectfully submitted,
/s/ *Stephen Turano*
Stephen Turano

cc:   All Counsel of Record (by ECF)