## TURANO LAW

275 Madison Avenue
35th Floor
New York, NY 10016

60 Park Place
Suite 1101
Newark, NJ 07102

Tel (917) 594-5666
Fax (917) 594-5667

Tel (973) 648-6777
Fax (917) 594-5667

*MEMO ENDORSED*

9/24/24

September 23, 2024

OK

*[signature]* Colleen McMahon

By ECF
Honorable District Judge Colleen McMahon
United States District Court
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   United States v. David Lethem, 21 Cr. 454 (CM)

Dear Judge McMahon:

David Lethem is on pretrial release under conditions restricting his travel to his residence in Florida and the SDNY. He has been fully complaint with the conditions of his Pretrial release.

He requests that the Court modify his conditions of pretrial release to permit him to travel with his family to Charleston, South Carolina, from October 10 to 14, 2024. The purpose of the trip is to attend his son's hockey tournament. The Government and Mr. Lethem's Pretrial Services Officer in the Middle District of Florida, Kimberly Barrett, consents to this request.

Thank you for the Court's consideration.

Respectfully submitted,
/s/ *Stephen Turano*
Stephen Turano

cc:  All Counsel of Record (by ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/24/24