LAW OFFICES OF
# STEPHEN TURANO

sturano@turanolaw.com

275 MADISON AVENUE
35TH FLOOR
NEW YORK, NY 10016

TEL (917) 594-5666
FAX (917) 594-5667

60 PARK PLACE
SUITE 1101
NEWARK, NJ 07102

TEL (973) 648-6777
FAX (917) 594-5667

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-6-25
```

MEMO ENDORSED

8/6/25

Granted

[signature: Colleen McMahon]

July 29, 2025

By Email
Honorable District Judge Colleen McMahon
United States District Court
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   United States v. David Lethem, 21 Cr. 454 (CM)

Dear Judge McMahon:

David Lethem's daughter is getting married September 10, 2025. He requests permission to travel to Boston to attend her wedding, stay overnight, and return home the following day, on September 11, 2025. If permitted, he plans to stay overnight at the Cambria hotel in Somerville, MA. Mr. Lethem has been fully compliant with all of the conditions of his pretrial supervision during his lengthy pretrial release. He will also provide his full itinerary to his Pretrial Officer, Officer Ledia Arapi of the Middle District of Florida, before his departure.

Officer Ledia Arapi of the Middle District of Florida, and the Government (by ASUA James McMahon) do not object to this request. Please also note that I previously filed the application on July 16, 2025 but with a letter dated incorrectly.

Respectfully submitted,
/s/ *Stephen Turano*
Stephen Turano

cc:   All Counsel of Record (by ECF)
      Pretrial Officer Ledia Arapi (Ledia_arapi@flmpt.uscourts.gov)